# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TORRES ANTWAN BURROUGHS,**  *Plaintiff,*  v.  **FNU HILL,** *et al.,*  *Defendants.* | **CIVIL ACTION NO. 5:22-cv-00272-TES-TQL** |

## ORDER

On May 15, 2023, the Clerk of Court notified the Court that Plaintiff Torres Burroughs recently moved from Baldwin State Prison to Wilcox State Prison according to his previous filings.[1] *See* [Doc. 35]; [Doc. 36]. However, before the Clerk's office completed the address change, the magistrate judge's Order and Recommendation [Doc. 37] was mailed to Plaintiff's former address.

Accordingly, the Court **DIRECTS** the Clerk of Court to send a copy of this Order along with the magistrate judge's Order and Recommendation [Doc. 37] to Plaintiff's new address at Wilcox State Prison. The Court **EXTENDS** the deadline for Plaintiff to file any objections to **May 29, 2023**. If Plaintiff intends to object to the magistrate judge's Order and Recommendation, those objections must be filed on or before that date.

[*signature and date on following page*]

---

[1] Plaintiff is reminded that in the future, he should file a separate notice alerting the Court that his address has changed.

**SO ORDERED**, this 15th day of May, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
